UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DANIEL VILLRREAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC; BANK OF AMERICA, A NATIONAL BANK; and COUNTRYWIDE HOME LOANS, INC.,<br><br>　　　　Defendants. | No. CV-12-0350-RHW<br><br>**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

　　　Before the Court is the parties' Stipulation to Dismiss Complaint with Prejudice (ECF No. 11). The parties ask that the Complaint be dismissed with prejudice against Defendants, with the parties to bear their own attorneys' fees and costs of the suit, and Defendants be released and discharged from all claims alleged by Plaintiffs.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. The parties' Stipulation to Dismiss Complaint with Prejudice (ECF No. 11) is **GRANTED**.

///

///

///

///

**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** ~ 1

2. The above-captioned Complaint is **dismissed**, with prejudice, and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 26th day of July, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2012\Estate of Daniel Villarreal\dismiss.ord.wpd

**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE ~ 2**